UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA

    - v. -

MILDRED VARGAS,

            Defendant.
- - - - - - - - - - - - - - - - - -x

INDICTMENT

08 Cr.

08 CRIM 695

COUNT ONE

The Grand Jury charges:

1.  On or about June 26, 2008, in the Southern District of New York, MILDRED VARGAS, the defendant, unlawfully, intentionally, and knowingly, distributed and possessed with intent to distribute a controlled substance, to wit, 500 grams and more of mixtures and substances containing a detectable amount of cocaine.

(Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(B).)

FORFEITURE ALLEGATIONS

2.  As a result of committing the controlled substance offense alleged in Count One of this Indictment, MILDRED VARGAS, the defendant, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the violation alleged in Count One of this Indictment, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission

of the said violation, including but not limited to the following:

    a.   A sum of money in United States currency representing the amount of all proceeds obtained as a result of the controlled substance offense alleged in Count One of this Indictment.

<u>Substitute Asset Provision</u>

    3.   If any of the above-described forfeitable property, as a result of any act or omission of the said defendant:

- (1) cannot be located upon the exercise of due diligence;
- (2) has been transferred or sold to, or deposited with, a third person;
- (3) has been placed beyond the jurisdiction of the Court;
- (4) has been substantially diminished in value; or
- (5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C.

§ 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1) and 853.)

/s/ _____          /s/ _____
Foreperson                            MICHAEL J. GARCIA
                                      United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v -

MILDRED VARGAS,

Defendants.

INDICTMENT

08 Cr.

(21 U.S.C. §§ 812, 841(a)(1),
841(b)(1)(B), and 853.)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____
Foreperson.

7/28/08  FILED INDICTMENT. CASE ASSIGNED TO JUDGE McMAHON.
                                          ECCLS M.J.